AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED APR 0 9 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> MANUEL MARTIN MATA-BERMUDEZ (2) | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Supervised Release) <br> (For Offenses Committed On or After November 1, 1987) <br><br> CASE NUMBER: 15CR1518-W <br><br> Rebecca Fish, Federal Defenders Inc. <br> Defendant's Attorney |

**REGISTRATION No.** 44678298

THE DEFENDANT:
X was found in violation based on his conviction in 17CR3523-H

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| **Allegation Number** | **Nature of Violation** |
|---|---|
| One (nv1) | Committed Law Violation |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

April 9, 2018
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

AO 245B  JUDGMENT IN A CRIMINAL CASE
      SHEET 2 - IMPRISONMENT

Judgment - Page 2 of 2

DEFENDANT: MANUEL MARTIN MATA-BERMUDEZ (2)
CASE NUMBER: 15CR1518 -W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months consecutive to the sentence imposed in 17CR3523-H

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
     Deputy United States Marshal